# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



JUN 1 2 2006

| | |
|---|---|
| **United States of America** <br> **vs.** <br> Diana Burgos Felix | CLERK, U.S. DISTRICT COURT <br> EASTERN DISTRICT OF CALIFORNIA <br> BY _____ DEPUTY CLERK <br> **Case No.** 06-cr-90 OWW |

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____ Diana Burgos Felix _____, have discussed with _____ Lydia J. Serrano _____, Pretrial Services Officer, modifications of my release conditions as follows:

Removing the condition requiring Home Detention with electronic monitoring (7q); and replacing it with the following condition: Participate in the following home confinement program components and abide by all the requirements of the program which will include electronic monitoring - **CURFEW**: You are restricted to your residence everyday from 10 pm to 6:30 am, or as otherwise directed by the Pretrial Services Officer.

All other previously ordered condition not in conflict remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

| | | | |
|---|---|---|---|
| _Signature of Defendant_ | 5-31-06 <br> Date | _Pretrial Services Officer_ | 5-31-06 <br> Date |
| Diana Burgos Felix | | Lydia J. Serrano | |

I have reviewed the conditions and concur that this modification is appropriate.

| | |
|---|---|
| _Signature of Assistant United States Attorney_ | 6-8-06 <br> Date |
| Kathleen Servatius | |

I have reviewed the conditions with my client and concur that this modification is appropriate.

| | |
|---|---|
| _Signature of Defense Counsel_ | 6-1-06 <br> Date |
| Preciliano Martinez | |

## ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on _Forthwith_.

☐ The above modification of conditions of release is *not* ordered.

| | |
|---|---|
| _Signature of Judicial Officer_ | June 12, 2006 <br> Date |

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services