# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



**FILED**
OCT 0 2 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

|  |  |
|---|---|
| United States of America )<br>vs. )<br>Diana Burgos Felix )<br>) | Case No. 06-cr-0090 OWW |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ____Diana Burgos Felix____, have discussed with ____Lydia J. Serrano____, Pretrial Services Officer, modifications of my release conditions as follows:

Deleting the following condition: You shall participate in the following home confinement program components and abide by all the requirements of the program, which will include electronic monitoring - **CURFEW**: You are restricted to your residence everyday from 10 pm to 6:30 am, or as otherwise directed by the Pretrial Services Officer.
All other previously ordered conditions of release not in conflict remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____[signature]_____   9-26-06        _____[signature]_____   9-26-06
Signature of Defendant   Date           Pretrial Services Officer   Date
Diana Burgos Felix                      Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_____[signature]_____                                10/2/06
Signature of Assistant United States Attorney        Date
Kathleen Servatius

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____[signature]_____                                9-27-06
Signature of Defense Counsel                         Date
Preciliano Martinez

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on   10/2/06   .
☐ The above modification of conditions of release is *not* ordered.

_____[signature]_____                                10/2/2006
Signature of Judicial Officer                        Date

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services