PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
DIANA FELIX

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 06-cr-00090-OWW |
| Plaintiff, ) | |
| vs. ) | STIPULATION AND ORDER VACATING DATE, AND CONTINUING CASE |
| ) | DATE: SEPTEMBER 17, 2007 |
| DIANA FELIX, ) | TIME: 1:30 P.M. |
| ) | JUDGE: HON. OLIVER W. WANGER |
| Defendant ) | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Kathleen Servatius, Counsel for Plaintiff, Attorney Preciliano Martinez, Counsel for Defendant, Diana Felix, that the Sentencing date scheduled for September 17, 2007, be vacated and the Sentencing be continued to this court's calendar on October 29, 2007 at 1:30 p.m. This continuance is requested due to the fact that Mr. Jack Roberson is reviewing police reports that he recently requested from our office so that he may submit a supplemental report.

The court is advised that counsel have conferred about this request, that they have agreed to the October 29, 2007 date and that Ms. Servatius has authorized Preciliano

1

PDF created with pdfFactory trial version www.pdffactory.com

Martinez to sign this stipulation on her behalf.

///

///

IT IS SO STIPULATED

Dated: September 11, 2007     /s/ Preciliano Martinez
                              PRECILIANO MARTINEZ
                              Attorney for Defendant
                              Javier Lua


Dated: September 11, 2007     /s/Kathleen Servatius
                              KATHLEEN SERVATIUS
                              Assistant United States Attorney

                              Attorney for Plaintiff

                              ORDER


IT IS SO ORDERED.




Dated: September 12, 2007
                              /s/  OLIVER W. WANGER
                              OLIVER W. WANGER
                              United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com