```
 1  PRECILIANO MARTINEZ
    ATTORNEY AT LAW
 2  State Bar No. 93253
    801 15th St, Suite F
 3  Modesto, CA 95354
    (209)579-2206/ (209)579-2211 Fax
 4
 5  Attorney for Defendant
    DIANA BURGOS FELIX
 6
```

FILED
DEC 0 6 2007
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> DIANA BURGOS FELIX, ) <br> ) <br> Defendant. ) | CASE NO. 06-cr-00090-OWW <br><br> AMENDED REQUEST FOR <br> RECONVEYANCE <br> AND ORDER |

I, PRECILIANO MARTINEZ, declare as follows:

1. On March 14, 2006, MACLOVIA L. TAVARES and RAMON TAVARES, husband and wife, recorded and executed Deed of Trust (Short Form), for a property bond in the amount of $285,000.000 for the property commonly known as:

    250 PENMAR, LA HABRA, CA 90631, APN: 019-083-06, for bail purposes in the name of U.S. District Court Clerk for defendant, DIANA BURGOS FELIX (Attached as Exhibit A).

2. DIANA BURGOS FELIX was sentenced on October 29, 2007.

///

///

///

1

///

3. Wherefore, request is hereby made that the following property be reconveyed as follows:

    MACLOVIA L. TAVARES and RAMON TAVARES, husband and wife, the

property commonly known as:

    250 PENMAR, LA HABRA, CA 90631.

    APN : 019-083-06.

Dated: 11/29/07                                Respectfully Submitted,

                                              /S/ PRECILIANO MARTINEZ
                                              PRECILIANO MARTINEZ

# ORDER

IT IS HEREBY ORDERED that the following property be reconveyed:

MACLOVIA L. TAVARES and RAMON TAVARES, husband and wife, the property commonly known as:

250 PENMAR, LA HABRA, CA 90631.

APN: 019-083-06.

Dated: _11-30-07_

_____
UNITED STATES DISTRICT JUDGE